# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WYATT VALENCIA-PACHECO (1),<br>JONATHAN EMMANUEL MONTELLANO-MORA (2),<br>LUIS ARMANDO DORANTES RIVERA, JR. (3),<br><br>    Defendants. | Case No.: 21CR1683-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

IT IS HEREBY ORDERED that the Joint Motion to Continue Sentencing Hearing is granted (ECF No. 342). The sentencing hearing for Wyatt Valencia-Pacheco, Jonathan Emmanuel Montellano-Mora, and Luis Armando Dorantes Rivera, Jr. is continued from May 14, 2025, to **July 11, 2025, at 9:00 am**.

Dated: May 6, 2025

                                                    Hon. William Q. Hayes
                                                    United States District Court